UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANTHONY D. CLARK, SR.,                                          Plaintiff,

v.                                                      Civil Action No. 3:18-cv-756-DJH-RSE

CHEX SYSTEMS, INC., et al.,                                  Defendants.

\* \* \* \* \*

## **ORDER**

       Plaintiff Anthony D. Clark, Sr. and Defendant Equifax Information Services, LLC having agreed to a settlement of all matters between them (Docket No. 18), and the Court being otherwise sufficiently advised, it is hereby

       **ORDERED** that Clark's claims against Defendant Equifax Information Services, LLC are **DISMISSED** without prejudice.  The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order.  The Court will entertain a motion to reinstate Clark's claims against Defendant Equifax Information Services, LLC within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

       This Order does not affect Clark's claims against any other defendant.

December 12, 2018

                                                                      **David J. Hale, Judge**
                                                              **United States District Court**